

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-13-00883-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief is currently due August 11, 2014. On August 1, 2014, appellant filed a motion to consolidate in which he asks this court to: (1) consolidate this appeal with another appeal pending in this court, i.e., No. 04-14-00303-CR; and (2) grant him a third extension of time to file his brief. After reviewing appellant's motion, we **DENY** appellant's motion to consolidate. We further DENY appellant's motion for extension of time and order appellant to file his brief in this appeal on or before **September 4, 2014**. We have granted appellant two prior extensions – for a total of ninety-eight days from the original due date – to file appellant's brief. Appellant is advised that **NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE GRANTED**. Appellant is further advised that if the brief is not filed by the due date stated in this order, this court may order appellant's counsel, James R. Chapman Jr., to appear and show cause why he should not be held in contempt for failure to file the brief.

The clerk of this court is **ordered** to serve this order on attorney James R. Chapman by certified mail, return receipt requested, as well as by the methods typically used by the court. The clerk is **ordered** to serve copies of this order on the State as well.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.



Keith E. Hottle
Clerk of Court